# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON MOSS, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01337-JAD-GWF |
| vs. | ) **ORDER** |
| FEDEX GROUP PACKAGE SYSTEM, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Stipulation of Confidentiality and Protective Order (#14), filed September 11, 2015. The Court rejects the protective order because of Section III, page 4, lines 16-21. In the event of a dispute, the party asserting that the document or information is confidential has the burden of showing that it is entitled to protection. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation of Confidentiality and Protective Order (#14) is denied, without prejudice.

DATED this 14th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge