# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON MOSS,            ) | |
| )                        | |
| Plaintiff,   )           | Case No. 2:15-cv-01337-JAD-GWF |
| )                        | |
| vs.                      ) | **MINUTE ORDER** |
| )                        | |
| FEDEX GROUND PACKAGE SYSTEM, INC., ) | |
| )                        | |
| Defendant.   )           | |
| )                        | Dated: March 23, 2016 |

PRESENT:       THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

DEPUTY CLERK:   Allison Reese           RECORDER:         None

COUNSEL FOR PLAINTIFF(S):          None Appearing

COUNSEL FOR DEFENDANT(S):          None Appearing

RE:   LR 6-2 *Ex Parte* Request for Order Shortening Time on Plaintiff's First Motion to Compel (#38) and Plaintiff's First Motion to Compel (#39)

Counsel for Plaintiff filed an *Ex Parte* Request for Order Shortening Time on Plaintiff's First Motion to Compel (#38) on March 22, 2013. Plaintiff concurrently filed his First Motion to Compel (#39) on March 22, 2016.

**IT IS HEREBY ORDERED** that Plaintiff's Request for Order Shortening Time (#38) is **denied.** To the extent necessary, Plaintiff can postpone its deposition of Defendant's Rule 30(b)(6) witness. Further, if necessary, the Court will continue the expert disclosure deadline after it has ruled on Plaintiff's First Motion to Compel (#39).

**IT IS FURTHER ORDERED** that Plaintiff's First Motion to Compel (#39) is scheduled for hearing on **Thursday, April 28, 2016 at 3:30 p.m.** in Courtroom 3A.

*George Foley, Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**