ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
DANIEL M. RYAN, ESQ.
Nevada Bar No. 12485
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
dryan@cottlefirm.com
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * * * *

| | |
|---|---|
| CAMERON MOSS, an individual, | ) CASE NO. 2:15-cv-01337-JAD-GWF |
| Plaintiffs, | ) |
| vs. | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; PROTECTIVE INSURANCE COMPANY, an Indiana Corporation; BALDWIN & LYONS INC, an Indiana Corporation, DOES I-X; and ROE CORPORATIONS, I-X, inclusive, | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S RESPONSE TO PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT (DOC. #63)**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff CAMERON MOSS, represented by his attorneys ROBERT W. COTTLE, ESQ. and DANIEL M. RYAN, ESQ. of THE COTTLE FIRM, and Defendant FEDEX GROUND PACKAGE SYSTEM, INC.., represented by its attorney MICHAEL C. MILLS, ESQ. of BAUMAN, LOWEWE, WITT & MAXWELL, PLLC, that the parties stipulate to extend the time Plaintiff, Cameron Moss, has to reply to Defendant FedEx Ground Package System, Inc.'s Response to Plaintiff's Second Motion to Amend Complaint (Doc. #63) from May

- 1 -

16, 2016 **to May 23, 2016, by 5:00 p.m**. The parties further stipulate and agree that the hearing date on this matter scheduled for June 1, 2016 at 10:00 A.M will not be affected by this Stipulation.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Plaintiff, Cameron Moss, to file his reply to Defendant FedEx Ground Package System, Inc.'s Response to Plaintiff's Motion to Amend Complaint is extended to May 23, 2016, until 5:00 p.m. The hearing date will remain scheduled for June 1, 2016 at 10:00 A.M.

DATED this 16th day of May, 2016.

_____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
DANIEL M. RYAN, ESQ.
Nevada Bar No.21485
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
*Attorneys for Plaintiff*

DATED this 16th day of May, 2016.

*/s/ Michael C. Mills*
_____
MICHAEL C. MIILLS, ESQ.
Nevada Bar No. 3534
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
BAUMAN, LOEWE, WITT &
MAXWELL, PLLC
3650 N. Rancho Drive, #144
Las Vegas, NV 89130
(702) 240-6060
*Attorneys for Defendant FedEx Ground Package System, Inc.*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2016.