ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
DANIEL M. RYAN, ESQ.
Nevada Bar No. 12485
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
dryan@cottlefirm.com
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| CAMERON MOSS, an individual, | CASE NO. 2:15-cv-01337-JAD-GWF |
| Plaintiffs, | |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; PROTECTIVE INSURANCE COMPANY, an Indiana Corporation; BALDWIN & LYONS INC, an Indiana Corporation, DOES I-X; and ROE CORPORATIONS, I-X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO CONTINUE THE MOTION TO AMEND HEARING (ECF 46) and (ECF 49)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Cameron Moss, represented by his attorneys Robert W. Cottle, Esq. and Daniel M. Ryan, Esq., and Defendants FedEx Ground Package System, Inc., by and through their attorneys Michael C. Mills, Esq., and Aileen C. Cohen, Esq., to continue the hearing on Plaintiff's Motion to Compel, currently scheduled for June 1, 2016, due to an emergent health crisis requiring hospitalization of Plaintiff's attorney. The Parties are available any time on June 13, 2016, June 15, 2016 or June 16, 2016.

This Stipulation is made in good faith and not for the purposes of delay.

DATED this 24th day of May, 2016.

DATED this 24th day of May, 2016.

/s/ Daniel M. Ryan
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
DANIEL M. RYAN, ESQ.
Nevada Bar No.12485
THE COTTLE FIRM

8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
*Attorneys for Plaintiff*

/s/ Michael C. Mills
MICAHEL C. MILLS, ESQ.
Nevada Bar No. 3534
AILEEN C. COHEN, ESQ.
Nevada Bar No. 5263
BAUMAN. LOEWE, WITT & MAXWELL, PLLC
3650 North Ranch Drive, Suite 114
Las Vegas, NV 89130
(702) 240-6060
*Attorneys for Defendant, FedEx Ground Package Systems, Inc.*

**IT IS SO ORDERED**: That the hearing on Plaintiff's Motion to Amend will be continued to Wednesday, June 15, 2016, at 10:00 a.m.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** May 25, 2016